Connecticut Local Form Fee Application Cover Sheet                                    (08/22/2019)

## FEE APPLICATION COVER SHEET

Interim/Final Fee Application of:  Final

Date of Admission to U.S. District Court, District of Connecticut: 10/10/1989

Time Period:  From: 04/30/2020          To: 11/04/2020

Bankruptcy Petition Filed: 01/30/2019

Date of Entry of Retention Order: 12/06/2019

**Amount Requested**                           **Reductions**

Fees        $6049.00                  Voluntary Fee Reductions _____
Expenses  $36.40                      Expenses                    _____
**Total      $6085.40**

**Retainer Request:**                          **Expense Detail:**

Retainer Received          _____    Retainer Received           _____
Prior award applied        _____    Prior award applied         _____
Balance before this request _____   Balance before this request _____
                                          Copies per page cost and total _____

**Hours and Rates per professional:**

Hours 3.8   Rate  $425.00 _____